

# Fourth Court of Appeals
## San Antonio, Texas

May 7, 2015

No. 04-11-00771-CR

Rene Daniel **VILLARREAL**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 2111
Honorable Mark R. Luitjen, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

The Appellant's Motion for Extension of Time to File Motion for Rehearing is hereby GRANTED. The motion is due June 8, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court